

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS. 02-13-00090-CR
### 02-13-00091-CR

RICHARD L. MEADOR
APPELLANT

V.

THE STATE OF TEXAS
STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Richard L. Meador attempts to appeal from his convictions for robbery by threats and evading arrest with a vehicle. Meador pleaded guilty to both offenses pursuant to plea bargains, and in accordance with the plea bargains, the trial court sentenced him to ten years' and two years' confinement, respectively, and ordered that the sentences run concurrently. The trial court's

---

[1]See Tex. R. App. P. 47.4.

certification of his right to appeal in each case states that the case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On March 8, 2013, we notified Meador that these appeals could be dismissed based on the trial court's certifications unless he or any party desiring to continue the appeals filed a response on or before March 18, 2013, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f). No response was filed.

In accordance with the trial court's certifications, we therefore dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 16, 2013